## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*Ex Parte* Application of Motorola Mobility LLC    No. 12-CV-2618-BTM (WVG)

HON. WILLIAM V. GALLO      CT. DEPUTY J. YAHL      RPTR.

Attorneys

Plaintiffs                                                                                  Defendants

The parties' Joint Motion for Protective Order (Doc. No. 21) is hereby GRANTED.

IT IS SO ORDERED.
DATED: February 6, 2013

_____
Hon. William V. Gallo
U.S. Magistrate Judge